IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02767-PAB-MJW

LENORA L. OLIVAS,

Plaintiff(s),

v.

MICHAEL BLEA, in his individual capacity,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 17) is GRANTED finding good cause shown.  The written Protective Order (docket no. 17-1) is APPROVED as amended in paragraph 8 and made an Order of Court.

Date:  June 12, 2012